UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KELLY FARRELL, AS WRONGFUL DEATH BENEFICIARY OF JACOB MAPLE, DECEASED** § § § | **CIVIL ACTION NO. 4:23-CV-04221** | |
| § | **JURY TRIAL REQUESTED** | |
| **VS.** § § | | |
| **WILLIAM CARL CORLEY AND KLLM TRANSPORT SERVICES, LLC** § § § | **JUDGE WERLEIN** | |

**DEFENDANTS WILLIAM CARL CORLEY AND KLLM TRANSPORT SERVICES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, Rec. Doc. No. 2, and Federal Rule of Civil Procedure 7.1, Defendants William Carl Corley and KLLM Transport Services, LLC ("KLLM") respectfully provide the following information:

**1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**

KLLM is a limited liability company incorporated in the State of Texas whose principal place of business is 135 Riverview Drive, Richland, Mississippi 39218. KLLM has a single member, which is Investment Transportation Services, LLC. Further, KLLM is a 100% wholly owned subsidiary of Investment Transportation Services, LLC.

**2. A complete list of all attorneys of record and all persons or entities that are financially interested in this litigation, including parent, subsidiary and affiliated corporations:**

Kelly Farrell
*Plaintiff*

Richard J. Presutti
Meredith M. Smith
Anthony T. Presutti
Law Office of Richard J. Presutti, P. C.
525 North Sam Houston Pkwy E
Suite 600
Houston, Texas 77060
Telephone: (281) 260-6825
Facsimile: (281) 260-6842
*Counsel for Plaintiff*

KLLM Transport Services, LLC
*Defendant*

William Carl Corley
*Defendant*

Jeffrey W. Ryan
Molly F. Scott
Chamblee Ryan, P.C.
2777 N. Stemmons Fwy., Suite 1157
Dallas, Texas 75207
(214) 905-2003
Fax: (214) 905-1213
jryan@cr.law
mscott@cr.law
*Counsel for Defendants*

Respectfully submitted,

**CHAMBLEE RYAN, P.C.**

By:   */s/Jeffrey W. Ryan*
Jeffrey W. Ryan
State Bar No. 17469600
S.D. Tex. I.D. No. 27944
jryan@cr.law
Molly F. Scott
State Bar No. 24079289
mscott@cr.law
2777 Stemmons Freeway, Suite 1257
Dallas, Texas 75207
(214) 905-2003
(214) 905-1213 (Facsimile)
**ATTORNEYS FOR DEFENDANTS WILLIAM CARL CORLEY AND KLLM TRANSPORT SERVICES, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have served a true and correct copy of the same to all parties through their counsel of record via the Court's e-filing system in compliance with the Rules of this Court:

Richard J. Presutti
Meredith M. Smith
Anthony T. Presutti
Law Office of Richard J. Presutti, P. C.
525 North Sam Houston Pkwy E
Suite 600
Houston, Texas 77060

By:   */s/Jeffrey W. Ryan*
Jeffrey W. Ryan

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT- Page 3**