UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLEY FARRELL, AS WRONGFUL DEATH BENEFICIARY OF JACOB MAPLE, DECEASED | § § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 4:23-CV-04221 |
| WILLIAM CARL CORLEY ADN KLLM TRANSPORT SERVICES, LLC | § § § § § | |
| DEFENDANTS. | § § | |

**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

Kelley Farrell, Plaintiff and as Wrongful Death Beneficiary of Jacob Maple, Deceased, in the above-entitled and numbered cause makes theses initial disclosures as required by FED. R. CIV. P. 26(a)(1).

A. <u>Individuals with Discoverable Information</u>

1. The following are individuals who are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

Response:

**Kelley Farrell**
**Richard J. Presutti, Meredith M. Smith and Anthony T.**
**Presutti Law Office of Richard J. Presutti, P.C.**
**525 N. Sam Houston Parkway E., Suite**
**600 Houston, Texas 77060**
**Telephone: (281) 260-6825**
**Facsimile: (281) 260-6842**
**Counsel for Plaintiff**

**William Carl Corley**
**Defendant**

**KLLM Transport Services, LLC
Jeffrey W. Ryan
Molly F. Scott
Chamblee Ryan, P.C.
2777 N. Stemmons Fwy., Suite 1157
Dallas, Texas 75207
Telephone: (214) 905-2003
Facsimile: (214) 905-1213
Counsel for Defendant**

**Any physician who has examined and/or treated the Plaintiff.**

**All witnesses, both fact and expert, identified by other parties in this case.**

**All persons named in other party's discovery responses in this case.**

**All witnesses deposed in this case.**

**All witnesses identified by the parties in depositions.**

**All persons identified in Plaintiff's medical records.**

**Any and all individuals identified by the parties in response to Initial Disclosures.**

**In addition, Plaintiff specifically reserves the right to call any witness who may be timely identified by any other party either past or present, to this lawsuit.**

**Plaintiff reserves the right to supplement this response.**

### B. Relevant Documents and Tangible Things

2. The following is a list of documents, data compilations, and tangible things in Plaintiff's possession, custody, or control, described by category and location, that Plaintiff may use to support her claims:

Response:

**Any medical and billing records will be supplemented.**

### C. Information Related to Calculation of Damages

3. A calculation of any category of damages I have suffered:

Response:

**Damages will be supplemented.**

D. Insurance

4. All insurance agreements required to be disclosed are available for inspection and copying.

Response:

**Not applicable.**

        Respectfully submitted,

        **LAW OFFICE OF RICHARD J. PRESUTTI, P.C.**

By:   */s/ Richard J. Presutti*
      **RICHARD J. PRESUTTI**
      SBN: 24004196
      rich@rjpresuttilaw.com
      **MEREDITH M. SMITH**
      SBN: 24094127
      meredith@rjpresuttilaw.com
      **ANTHONY T. PRESUTTI**
      SBN: 24109078
      anthony@rjpresuttilaw.com
      525 North Sam Houston Pkwy E, Suite 600
      Houston, Texas 77060
      Telephone: (281) 260-6825
      Facsimile: (281) 260-6842
      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, a true and correct copy of the foregoing instrument was delivered to all know counsel of record in accordance with the Federal Rules of Civil Procedure, and any applicable Local Rules, as follows:

Jeffrey W. Ryan
Email: jryan@cr.law.com
Molly F. Scott
Email: mscott@cr.law.com
CHAMBLEE RYAN, P.C.
2777 Stemmons Freeway, Suite 1257

Dallas, Texas 75207
Attorney for Defendant KLLM Transport Services, LLC

*/s/ Richard J. Presutti*
**RICHARD J. PRESUTTI**